U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

**MAY 3 1 2012**

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER S. FRASIER** | **CIVIL ACTION NO. 3:12-cv-0312** |
| **VS.** | **SECTION P** |
| | **JUDGE DONALD E. WALTER** |
| **BILLY HARRISON, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this _31_ day of ___May___, 2011.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**